IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MYRIAM L. CUPRILL,<br><br>                 Plaintiff,<br><br>v.<br><br>FNU NOLAN et al.,<br><br>                 Defendants. | **REPORT AND RECOMMENDATION**<br><br>Case No.  2:17-cv-00975-DB-EJF<br><br>District Judge Dee Benson<br><br>Magistrate Judge Evelyn J. Furse |

Pro se Plaintiff Myriam L. Cuprill initiated this civil rights action against Defendants FNU Nolan, Judge, Juvenile Court, Utah, Megan Davis, CDF, and Ari Barusch, Legal Services, Utah on August 29, 2017.  (ECF No. 1.)  Ms. Cuprill did not file proof of service of the Complaint or anything else after filing her Complaint. Accordingly, on January 11, 2018, the Court[1] issued the following Order to Show Cause:

> Plaintiff is hereby ordered to show cause why this case should not be dismissed for failure to serve or failure to prosecute. Plaintiff is directed to respond in writing no later than February 1, 2018 and inform the Court as to the status of the case and Plaintiff's intentions to proceed. Failure to do so will result in a recommendation that the case be dismissed.

(ECF No. 5.)

Ms. Cuprill did not respond to the Order to Show Cause and has not demonstrated to the Court that she served the Complaint on the Defendants within ninety (90) days after filing the Complaint on August 29, 2017 as required.  See Fed. R. Civ. P. 4(m) (defendants must be served "within 90 days after the complaint is filed") ;

---

[1] On September 8, 2017, District Judge Dee Benson referred this case to the undersigned Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).  (ECF No. 3.)

1

Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court.")  Fed R. Civ. P. 4(m) provides that if service is not made within ninety (90) days, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed R. Civ. P. 4(m).  Because Ms. Cuprill failed to respond to the Order to Show Cause and was warned that her failure to do so would result in a recommendation that her case be dismissed, the undersigned recommends that the District Court dismiss her action without prejudice for failure to serve process on Defendants.

Alternatively, given Ms. Cuprill's failure to take any action in this case since initiating it in August 2017 or to respond to the Order to Show Cause, the undersigned recommends that the District Court dismiss her case without prejudice pursuant to DUCivR 41-2 for failure to prosecute.  See DUCivR 41-2 ("The court may issue at any time an order to show cause why a case should not be dismissed for lack of prosecution. If good cause is not shown within the time prescribed by the order to show cause, the court may enter an order of dismissal with or without prejudice, as the court deems proper.")

## RECOMMENDATION

For the reasons stated above, the undersigned RECOMMENDS the Court dismiss this action without prejudice for failure to serve, or alternatively, failure to prosecute.

The Court will send copies of this Report and Recommendation to the parties and hereby notifies them of their right to object to the same.  The Court further notifies the parties that they must file any objection to this Report and Recommendation with the

clerk of the district court, pursuant to 28 U.S.C § 636(b) and Fed. R. Civ. P. 72(b), within fourteen (14) days of receiving it.  Failure to file objections may constitute waiver of objections upon subsequent review.

    DATED this 2nd day of February, 2018.

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge