IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MYRIAM L. CUPRILL,<br><br>Plaintiff,<br><br>v.<br><br>FNU NOLAN et al.,<br><br>Defendant. | **ORDER**<br><br><br><br>Case No. 2:17-cv-975-DB<br><br>Judge Dee Benson |

      Before the Court is the Report and Recommendation issued by United States Magistrate Judge Evelyn J. Furse on February 2, 2018, recommending that the Court dismiss this action for failure to serve, or in the alternative, failure to prosecute. Magistrate Judge Furse sent copies of her Report and Recommendation to the parties and notified them of their right to file objections to the Report and Recommendation. The Court further notified the parties that they must file any objection to the Report and Recommendation with the clerk of the district court, pursuant to 28 U.S.C.§636(b) and Federal Rule of Civil Procedure 72(b), within fourteen days of receiving the Report and Recommendation and that failure to do so timely may constitute waiver of objections.

      Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and

and DISMISSES this action, without prejudice.

      IT IS SO ORDERED.

      DATED this 28th day of February, 2018.

                              _____
                              Dee Benson
                              United States District Judge